UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIAREN ZHU,

          Plaintiff,

     v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"

          Defendant.

Case No. 24-cv-03128-RS

**ORDER DENYING MOTION FOR
LEAVE TO FILE UNDER SEAL**

Plaintiff Jiaren Zhu filed this action on May 23, 2024. Approximately seven weeks later, Zhu brought a motion seeking leave to file the attachments to the complaint under seal. Those attachments consist of a list of the "Sellers' Aliases" used by the defendants, and screenshots from Defendants' e-commerce stores on Amazon.com. The motion is denied. Even assuming Zhu could have made a showing that sealing would have been appropriate when the action was filed, there is no basis for sealing now. By Zhu's own admission, the information disclosed by his filing has already been gathered by "agencies" in China, who have shared it with at least some of the defendants.

Sealing the attachments to the complaint will not remove the information from the public domain. A simple Google search of Zhu's name reveals the information he voluntarily placed in the public record when he filed this action is now available on multiple websites. Furthermore, Zhu has recently filed a nearly identical action—disclosing the same information—in the Northern District of Illinois. Although Zhu has requested leave to proceed under seal in that action, he filed

1    his documents without obtaining a sealing order.

2          Given that Zhu on at least two separate occasions voluntarily placed into the public record

3    the information he now seeks to seal, and that a sealing order now would not remove the

4    information from the public domain, the sealing order must be denied.

5

6    **IT IS SO ORDERED**.

7

8    Dated: June 18, 2024

9    _____

10          RICHARD SEEBORG
       Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 24-cv-03128-RS

2