UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAREN ZHU,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 24-cv-03128-EKL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE** |

    Plaintiff Jiaren Zhu ("Plaintiff"), proceeding pro se, filed a complaint against The Partnerships and Unincorporated Associations Identified on Schedule "A" ("Defendants") on May 23, 2024. ECF No. 1.

    Under Federal Rule of Civil Procedure 4(m), Plaintiff is responsible for service of the summons, the complaint, and any amendments and attachment on all defendants "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). Plaintiff filed his complaint on May 23, 2024, and was required to complete service by August 21, 2024. The Court previously denied Plaintiff's ex parte application for a temporary restraining order and his renewed motion because Defendants had not been served and there was no "viable proposed method for giving notice[.]". ECF Nos. 10, 12 (Seeborg, J.). As of the date of this Order, Plaintiff has not filed proof(s) of service of the complaint.

//

//

Nevertheless, as Plaintiff is unrepresented, the Court grants an extension on its own motion. Plaintiff is ordered to file either (1) proof(s) of service of the summons and complaint no later than October 1, 2024, or (2) a written response to this Order explaining the failure to comply with Rule 4(m). No further extensions will be granted. Failure to complete serve or respond to this Order by October 1, 2024, shall be deemed an admission that good cause exists to dismiss the case without prejudice and this action will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: September 5, 2024

Eumi K. Lee
United States District Judge

2